UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. **00cr1857-JTM** |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **MIGUEL ENRIQUEZ-GALLEGOS,** ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that the sentencing hearing for the violation of supervised release in the above entitled case, scheduled for July 3, 2008, at 10:30 a.m., be continued until September 23, 2008 at 1:30 p.m.

DATED: July 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court